**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ANDREA M. WIKE,<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**DOUGLAS COUNTY, DIANE BATTIATO,**<br>**official and individual capacity; LILIANA E.**<br>**SHANNON, official and individual capacity;**<br>**and ALAN E. SOUTH, official and individual**<br>**capacity;**<br><br>        **Defendants.** | **8:22CV355**<br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Motion (Filing No. 28) requesting an additional 14-days to "file an objection" to Defendants' Motion to Dismiss at Filing No. 20. Plaintiff believes her deadline to respond is December 21, 2022.  However, Defendants filed the motion on December 8, 2022, and a party has 21-days to file a brief opposing a motion to dismiss. See NECivR. 7.1(b)(1)(B).  The Court will grant Plaintiff's requested 14-day extension and set **January 12, 2023,** as the deadline for Plaintiff to file a brief opposing Defendant's motion to dismiss at Filing No. 20.  Accordingly,

**IT IS ORDERED:**

1.      Plaintiff's Motion for Extension for Objection to Defendant's Motion to Dismiss Complaint (Filing No. 28) is granted.

2.      Plaintiff shall have an extension of time to **January 12, 2023**, to file a brief opposing Defendants' Motion to Dismiss at Filing No. 20.

Dated this 27th day of December, 2022.

                                        BY THE COURT:


                                        s/Michael D. Nelson
                                        United States Magistrate Judge