IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE,<br><br>    Plaintiff,<br>vs.<br><br>DOUGLAS COUNTY, DIANE BATTIATO, official and individual capacity; LILIANA E. SHANNON, official and individual capacity; and ALAN E. SOUTH, official and individual capacity;<br>    Defendants. | **8:22CV355**<br><br>**ORDER** |

  This matter comes before the Court on its own motion. Plaintiff filed an interlocutory Notice of Appeal, Filing No. 33, on January 5, 2023. However, Plaintiff failed to pay the appellate filing and docket fees. Accordingly, with thirty (30) days, Plaintiff must either submit the $505 filing and docket fees to the Clerk's office or submit a request to proceed in forma pauperis. See Fed. R. App. P. 24(a)(1).

  IT IS ORDERED:

1. Plaintiff is directed to submit the $505 appellate filing fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days of the date of this order;

2. The Clerk of Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a case management deadline for February 8, 2023: Check for motion for IFP or payment of appellate filing fee.

  Dated this 9th day of January, 2023.

                  BY THE COURT:

                  s/ Joseph F. Bataillon
                  Senior United States District Judge