IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, DIANE BATTIATO, official and individual capacity; LILIANA E. SHANNON, official and individual capacity; and ALAN E. SOUTH, official and individual capacity;<br><br>    Defendants. | **8:22CV355**<br><br>**ORDER** |

  This matter comes before the Court on its own motion.  Plaintiff filed an interlocutory Notice of Appeal, Filing No. 33, on January 5, 2023.  However, Plaintiff failed to pay the appellate filing and docket fees.  Accordingly, on January 9, 2023, the Court ordered Plaintiff to either submit the $505 filing and docket fees to the Clerk's office, or submit a request to proceed in forma pauperis within 30 days.  Filing No. 36.  To date, Plaintiff has not taken either action.

  IT IS THEREFORE ORDERED:

1. Plaintiff is not authorized to proceed in forma pauperis on appeal.

2. The Clerk of the Court is directed to process Plaintiff's interlocutory appeal to the Eighth Circuit Court of Appeals.

  Dated this 17th day of February, 2023.

                   BY THE COURT:

                   s/ Joseph F. Bataillon
                   Senior United States District Judge