IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE,<br><br>              **Plaintiff,**<br><br>  vs.<br><br>ALAN E. SOUTH, official and individual capacity;<br><br>              **Defendant.** | 8:22CV355<br><br>FINDINGS AND RECOMMENDATION |

      Plaintiff filed the Complaint on October 11, 2022. (Filing No. 1). On November 1, 2023, Plaintiff filed purported proof of service upon Defendant Alan E. South by serving "Liliana E. Shannon, who is designated by law to accept service of process on behalf of Alan E. South[.]" (Filing No. 7). On November 16, 2022, the Court granted Liliana's motion to strike such proof of service because she is not authorized by appointment or by law to accept service on behalf of Defendant Alan E. South. The Court directed Plaintiff to "request and serve new summons for Defendant Alan E. South." (Filing No. 10). Plaintiff failed to do so. Accordingly, on April 12, 2023, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why Defendant Alan E. South should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve process. (Filing No. 56). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of Defendant Alan E. South without further notice. The deadline for responding to the show cause order was May 12, 2023.

      Plaintiff did not respond to the show cause order. There is still no indication that Defendant Alan E. South has been served and received notice of this lawsuit. Plaintiff did not file any return of service or waiver indicating service was accomplished upon Defendant Alan E. South, and he has not entered a voluntary appearance. Plaintiff was responsible for having the summons and complaint served within the time allowed by Rule 4(m) and failed to do so in this case, even after being provided with an opportunity to show cause. See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order

that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period"). Under the circumstances,

**IT IS HEREBY RECOMMENDED** to Joseph F. Bataillon, Senior United States District Court Judge, that Defendant Alan E. South be dismissed without prejudice for failure of service pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 15th day of May, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

## ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.