IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE,<br><br>         Plaintiff,<br><br>   vs.<br><br>ALAN E. SOUTH, official and individual capacity,<br><br>         Defendant. | **8:22CV355**<br><br>**ORDER** |

This matter comes before the Court on the Magistrate Judge's findings and recommendation that the complaint be dismissed for failure to serve process. Filing No. 58; Rule 4(m).  Review of the record reveals no indication that defendant Alan E. South has been served, and with no objection from plaintiff Andrea M. Wike within the requisite time, the findings and recommendation are adopted.

THEREFORE, IT IS ORDERED THAT the complaint as to defendant South is dismissed without prejudice.  No more active defendants remaining, the case is dismissed without prejudice.

Dated this 6th day of June, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge