IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, DIANE BATTIATO, official and individual capacity; LILIANA E. SHANNON, official and individual capacity; and ALAN E. SOUTH, official and individual capacity;<br><br>    Defendants. | 8:22CV355<br><br>ORDER |

  This matter comes before the Court on Plaintiff's purported motion for temporary injunction, Filing No. 68. Plaintiff seeks an injunction against "Douglas County, Francis E. Younes, Terah Younes, and Jason Hubbard Law PC LLO" to prevent alleged trespass on her property. Filing No. 68 at 7.

  This case has been closed following the dismissal of all defendants. Filing No. 66. In her motion, Plaintiff names Douglas County and three additional individuals who are not defendants to this suit, Francis E. Younes, Terah Younes, and Jason Hubbard Law PC LLO. Because Plaintiff is seeking relief from defendants who have either been dismissed from the suit (Douglas County) or who are not parties to the suit, and because this case has already been closed, Plaintiff's motion must be denied.

  IT IS ORDERED:

1. Plaintiff's motion for temporary injunction, Filing No. 68, is denied.

  Dated this 15th day of September, 2023.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge